DOUGLAS K. deVRIES (SB#70633)
deVRIES LAW FIRM
1792 Tribute Road, Suite 480
Sacramento, CA 95815
Tel: (916) 473-4343
Fax: (916) 473-4342

ROBERT K. SCOTT (SB#67466)
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618
Tel: (949) 753-4950
Fax: (949) 753-4949

Attorneys for Plaintiff

ADRIENNE C. PUBLICOVER (SB#161432)
REBECCA LABAT CROSBY (SB#221241)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL W. YOUNG, | Case No.: 2:06-CV-00243-LKK-DAD |
| Plaintiff, | **STIPULATION RE: PROPER PARTY - 29 U.S.C. § 1132(d); [PROPOSED] ORDER** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | Trial Date:   May 22, 2007 |
| | Judge:   Honorable Lawrence K. Karlton |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Randall W. Young ("Young") and defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective counsel, as follows:

Although Prudential denies that it or the subject ERISA long-term disability plan are

Stip. Re: Proper Party; [Prop.] Order            1

1  liable for any of the claims asserted by Young, Prudential agrees that it is the proper, and only
2  necessary, party-defendant in this action, and that it does not contend that the action is defective
3  as a result of the absence of any other party.

4  As authorized by ERISA - 29 U.S.C. § 1002(1) - Young's employer, Kraco Enterprises,
5  Inc. ("Kraco") is the "contract holder" of Group Contract No. G-97169 issued by Prudential to
6  provide long-term disability insurance coverage for employees of Kraco, including Young. The
7  subject ERISA long term disability plan is not specifically identified by a formal plan name, but
8  rather is referred to as the "Prudential Long Term Disability Coverage" or the "Group Program"
9  in a combined Booklet and Certificate of Coverage.

10  Prudential, as the insurer and plan administrator, agrees that in the event of a
11  determination of liability in this action it is the proper party that will be liable for, and pay, any
12  judgment relating solely to the actions of Prudential in discharging its obligations under the plan
13  for disability benefits, interest, or attorney fees entered in this action, if any, both individually
14  and as if it were the plan pursuant to 29 U.S.C. § 1132(d)(1) and (2).

15
16  Dated: May 5, 2006                    deVRIES LAW FIRM
                                          LAW OFFICES OF ROBERT K. SCOTT
17
                                          By:  /s/ Douglas K. deVries
18                                               DOUGLAS K. deVRIES
                                                 Attorney for Plaintiff
19
20  Dated: May 5, 2006                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                          DICKER, LLP
21
22                                        By:  /s/ Rebecca Labat Crosby
                                                 REBECCA LABAT CROSBY
23                                               Attorney for Defendant
24
                                          ORDER
25
    IT IS SO ORDERED.
26
    Dated: May 11, 2006.                  /s/Lawrence K. Karlton
27                                        Lawrence K. Karlton
                                          Senior Judge
28                                        United States District Court

Stip. Re: Proper Party; [Prop.] Order          2