DOUGLAS K. deVRIES  (SB#70633)
deVRIES LAW FIRM
1792 Tribute Road, Suite 480
Sacramento, CA  95815
Tel:  (916) 473-4343
Fax: (916) 473-4342

ROBERT K. SCOTT  (SB#67466)
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618
Tel:  (949) 753-4950
Fax: (949) 753-4949

Attorneys for Plaintiff

A. LOUIS DORNY
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
555 S. Flower Street, Suite 2900
Los Angeles, CA 90017
Tel: (213) 443-5100
Fax: (213) 443-5101

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL W. YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 20,<br><br>Defendants.<br>_____/ | Case No.: 2:06-CV-00243-LKK-DAD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff RANDALL YOUNG and defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, having settled this matter, and having previously filed a Notice of Settlement, plaintiff, through his counsel of record Douglas K. deVries of deVries Law Firm, and defendants, through their counsel of record A. Louis Dorny of Wilson, Elser, Moskowitz, Edelman & Dicker, hereby stipulate,

1

as follows:

    This matter, having been settled, shall be dismissed with prejudice in its entirety as to all parties and all claims for relief, with each party to bear its own costs of suit and attorney's fees.

Dated: March 1, 2007                          deVRIES LAW FIRM
                                                LAW OFFICES OF ROBERT K. SCOTT

                                                By:  /s/ DOUGLAS K. deVRIES
                                                           DOUGLAS K. deVRIES
                                                           Attorneys for Plaintiff

Dated: March 1, 2007                          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                & DICKER

                                                By: /s/ A. LOUIS DORNY
                                                          A. LOUIS DORNY
                                                          Attorneys for Defendants

**ORDER**

    Based on the stipulation of the parties set forth above, this matter is dismissed with prejudice in its entirety as to all parties and all claims for relief, with each party to bear its own attorney fees and costs.

    IT IS SO ORDERED.

Dated: March 1, 2007

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT